# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GORDON KEOLA CARVALHO,<br><br>　　　　Defendant. | Case No. 3:16-cr-00086-SLG-SAO |

**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON AN ADMISSION TO VIOLATIONS**

Upon Defendant's request to enter an admission to violations, and pursuant to 18 U.S.C. § 3583 and Rules 32.1 and Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Scott A. Oravec by the District Court. A violation admission hearing was held before the magistrate judge at which Defendant admitted Violations 1, 2, and 3 of the Petition at Docket 1269.

Judge Oravec issued a Final Report and Recommendation at Docket 1287, in which he recommended that the District Court accept Defendant's admissions to Violations 1, 2, and 3 of the Petition. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it.

Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's admissions to Violations 1, 2, and 3 as set forth in the Petition at Docket 1269. A final disposition hearing has been scheduled for **October 5, 2022, at 10:00 a.m.** before Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 22nd day of September, 2022, at Anchorage, Alaska.

<u>/s/ Sharon L. Gleason</u>
UNITED STATES DISTRICT JUDGE

Case No. 3:16-cr-00086-SLG-SAO, *United States v. Carvalho*
Order Re Final Report and Recommendation of the Magistrate Judge Upon Admission to Violations
Page 2 of 2
Case 3:16-cr-00086-SLG-SAO   Document 1292   Filed 09/22/22   Page 2 of 2